Form clmntce

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

*In Re:* Karla Young  *Case No.:* 18–80349
*Debtor*

*Chapter:* 7

## NOTICE OF ENTRY OF TEXT ORDER

YOU ARE HEREBY NOTIFIED that a text order has been entered on the docket this date allowing the objection to your claim. As a result of the objection having been allowed, you may wish to review the claim objection to determine the status of your claim.

Dated: 12/14/18

　/S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.