Form clmntce

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602−1003

---

*In Re:* Karla Young                              *Case No.:* 18−80349
*Debtor*

*Chapter:* 7

---

### NOTICE OF ENTRY OF TEXT ORDER

YOU ARE HEREBY NOTIFIED that a text order has been entered on the docket this date allowing the objection to your claim. As a result of the objection having been allowed, you may wish to review the claim objection to determine the status of your claim.

Dated: 12/14/18

      /S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.

United States Bankruptcy Court
Central District of Illinois

In re:  
Karla Young  
    Debtor

Case No. 18-80349-tlp  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0753-1     User: cwhi     Page 1 of 1     Date Rcvd: Dec 14, 2018  
                      Form ID: clmntce     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2018.
```
db            +Karla Young,   128 E 5th Street,    Coal Valley, IL 61240-9547
6879050       +Cavalry Spv I, LLC - Assignee of Capital One, N.A.,   Bass & Associates, P.C.,
               3936 E Ft Lowell Rd Suite 200,   Tucson, AZ 85712-1083
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2018 at the address(es) listed below:
```
         Brett R Marshall    on behalf of Creditor    Deere Employees Credit Union bmarshall@l-wlaw.com,
          kmefferd@l-wlaw.com
         Bryan David Hughes    on behalf of Creditor    Wells Fargo Bank, NA bankruptcy@FALLAW.com
         Crystal Violeta Sava    on behalf of Creditor    Wells Fargo Bank, NA ccaceres@fallaw.com,
          bankruptcy@fallaw.com
         Douglas Lindstrom    on behalf of Creditor    Deere Employees Credit Union dlindstrom@l-wlaw.com,
          kmefferd@l-wlaw.com
         Jeana K. Reinbold    trustee@jeanareinboldlaw.com,
          jreinbold@ecf.epiqsystems.com;jeana@jeanareinboldlaw.com
         Kevin Hays    on behalf of Trustee Marsha L Combs-Skinner kevin@CH13CDIL.com
         Nisha Bhupendra Parikh    on behalf of Creditor    Wells Fargo Bank, NA
          bankruptcyteam@fal-illinois.com
         Sean Michael Williams    on behalf of Debtor Karla  Young seanwilliams@qcbankruptcy.com,
          lhendley@qcbankruptcy.com
         Stephen G Andich    on behalf of Creditor    Wells Fargo Bank, NA steve@andich-law.com
         Steven Lindberg    on behalf of Creditor    Wells Fargo Bank, NA bankruptcy@fallaw.com
         U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov
```
                                                                                               TOTAL: 11